Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
Jessica C. Covington (SBN 301816)
jcovington@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

***Attorneys for Plaintiffs E-Hose Technologies LLC and PhD Marketing, Inc.***

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-HOSE TECHNOLOGIES LLC, a California Limited Liability Company; and PhD MARKETING, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PRIMECO WHOLESALE, INC., a California Corporation; NOR KHALIL HADDAD, an individual; BOSS WHOLESALE CORPORATION; a New Jersey Corporation; J&L WHOLESALE DISTRIBUTORS, a Pennsylvania Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:14-CV-08600-R-AS<br><br>**[PROPOSED] DEFAULT JUDGMENT AS TO DEFENDANTS BOSS WHOLESALE CORPORATION AND J&L WHOLESALE DISTRIBUTORS**<br><br><u>Hearing</u>:<br><br>Date: Monday, August 3, 2015<br>Time: 10:00 am<br>Courtroom: 8 – 2nd Floor<br><br>**Honorable Manuel Real** |

After consideration of Plaintiffs' Application for Default Judgment, the Memorandum of Points and Authorities in support thereof, the Declaration of Jessica C. Covington, and the pleadings, files and records of this matter, the Court hereby GRANTS Plaintiffs' Application for Default Judgment against Defendants Boss Wholesale Corporation and J&L Wholesale Distributors ("Defaulting Defendants").

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Plaintiffs PhD Marketing, Inc. and E-Hose Technologies LLC in

the amount of $__________ against Defendants Boss Wholesale Corporation and J&L Wholesale Distributors, to be jointly and severally liable.

IT IS FURTHER ORDERED that the Defaulting Defendants, their officers, agents, servants and employees and any persons in active concert or participation with them are permanently restrained and enjoined from infringing upon Plaintiffs' federally registered trademarks, including but not limited the marks attached hereto as Exhibit A (the "E-Hose Marks"), either directly or contributorily in any manner, including:

(a) Manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, and/or selling products which bear the E-Hose Marks, or any marks/designs identical, substantially similar, and/or confusingly similar thereto;

(b) Using the E-Hose Marks or any reproduction, counterfeit, copy or colorable imitation thereof in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise.;

(c) Passing off, inducing or enabling others to sell or pass off any product or other items that are not Plaintiffs' genuine merchandise as genuine merchandise of Plaintiffs' E-HOSE/SQUARE brands;

(d) Committing any other acts which falsely represents or which has the effect of falsely representing that the goods and services of the Defaulting Defendants are licensed, authorized, offered, produced, or sponsored by, or are in any other way associated with E-Hose;

(e) Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs (a) to (d) above.

**IT IS SO ORDERED.**

DATED: ______________, 2015

______________________________
Honorable Manuel Real
**United States District Judge**

## EXHIBIT A

| Trademark | U.S. Reg./Serial No. | Class(es)/Goods |
|---|---|---|
| **E-HOSE** | 4,463,945 | Chemical flavorings in liquid form contained within a cartridge used to refill electronic cigarettes |
| **E-HOSE** | 4,456,664 | Cigarette tubes; Electric cigarettes; Electronic cigarette refill cartridges sold empty; Electronic cigars; Electronic hookahs; Hookah parts, namely, tube and hose; Hookah tobacco; Hookahs; Smokeless cigarette vaporizer pipe; Smoker's articles, namely, hookah charcoal. |
| SQUARE | 4, 005,820 | Electric cigarettes ; Electric cigars ; Electric smoking pipes. |